LEWIS STAHLEGER, *as Administrator, etc., Respondent, v.* CHARLES RICHARDS, *Appellant.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

ALBERT V. TILLMAN, *Appellant, v.* THE BUFFALO AND IDAHO GOLD AND SILVER MINING COMPANY, *Respondent.*—Judgment affirmed, with costs. Opinion by HARDIN, J.

PETER Y. CHRISTIAN, *Respondent, v* WILLIAM J. GLEN, *Appellant.* — New trial ordered, costs to abide event. Opinion by BARKER, J.

ELIZA VICK, *as Administratrix, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed. Opinion by SMITH, P. J.; BARKER, J., dissenting.

EMANUEL DURNHERR, *Respondent, v.* GUSTAVUS RAU, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by HARDIN, J.; SMITH, P. J., not sitting.

THOMAS McGOEY, *Respondent, v.* HENRY P. RANGER and LYMAN L. STONE, *Appellants.*—Judgment reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.

CHARLES HAMMOND, *Appellant, v.* FRANCIS BUTTS, *Respondent.* — Judgment affirmed. Opinion by HARDIN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* TIMOTHY McDONOUGH, *Appellant, v.* THE BOARD OF MANAGERS OF THE BUFFALO STATE ASYLUM FOR THE INSANE.— Judgment affirmed, with costs. Opinion by BARKER, J.

IN THE MATTER OF THE PETITION OF THE ROCHESTER AND PITTSBURGH RAILROAD COMPANY, *Respondent, v.* HARRIET A. MOORE, *Appellant.* — Order appealed from affirmed, with ten dollars costs and disbursements.

RUTH P. DIMMICK, *Appellant, v.* ELIZABETH M. COOLEY, *Respondent* — Motion to modify order of last General Term so as to allow costs, etc., denied, without costs.

LYMAN H. GRANGER, *Appellant, v.* HENRY H. CRAIG, *Respondent.*— Motion to modify order of last General Term denied, without costs.

CHARLES C. STEELE, *Respondent, v.* ASA D. WARD and others, *Appellants.* — Reargument ordered.

HENRY SHELDON and another, *Respondents, v.* HENRY CLEWS, *Appellant.*— Judgment and order reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.

JOSEPH NUNN, Jr., *Appellant, v.* GEORGE RETZENTHALER and others, *Respondents.* — Judgment and order reversed and new trial ordered in Monroe County Court, costs to abide event. Opinion by HARDIN, J.

AMOS H. CRAWFORD, *Respondent, v.* ALONZO GODDARD, *Appellant* — Order affirmed, with ten dollars costs and disbursements.